THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MILTON SHAKET and JOHN REILLY, Appellants.

Argued March 11, 1948; decided April 22, 1948.

*William W. Kleinman* and *Mortimer Sattler* for Milton Shaket, appellant.

*David F. Price* and *Mortimer Sattler* for John Reilly, appellant.

*Frank S. Hogan,* District Attorney (*Whitman Knapp* and *Edward T. Perry* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.